**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* ______ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

F&O Houston LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

47-4402941

**4. Debtor's address**

**Principal place of business**

5115 Westheimer Rd
Suite C2500
Houston, TX 77056
Number, Street, City, State & ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

254 West 31st Street, 7th Floor
New York, NY 10001
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Pg 2 of 15

Debtor **F&O Houston LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **See Attachment** Relationship ______

District ______ When ______ Case number, if known ______

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Pg 4 of 15

Debtor **F&O Houston LLC** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 3, 2020**
MM / DD / YYYY

*X* **/s/ Alexis Blair**
Signature of authorized representative of debtor

**Alexis Blair**
Printed name

Title **CEO**

**18. Signature of attorney**

*X* **/s/ Robert L. Rattet**
Signature of attorney for debtor

Date **July 3, 2020**
MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone **212 557 7200** Email address **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy page 4

Pg 5 of 15

Debtor **F&O Houston LLC**
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) Chapter 11

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **F&O Scarsdale LLC** | | | Relationship to you | **Affiliate** |
| District | **SDNY** | When | | Case number, if known | 20-22808 |
| Debtor | **See attached** | | | Relationship to you | |
| District | | When | | Case number, if known | |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 5

**SCHEDULE OF CASES BEING FILED BY DEBTOR AND AFFILIATES:**

F&O SCARSDALE LLC

LUXURY DINING GROUP LLC

FIG & OLIVE HOLDING LLC

FIG & OLIVE USA INC.

F&O LEXINGTON LLC

FIG & OLIVE THIRTEEN STREET LLC

FIG & OLIVE FIFTH AVENUE LLC

F&O HOUSTON LLC

F&O NEWPORT BEACH LLC

F&O MELROSE PLACE INC.

F&O LOS ANGELES INC.

**Fill in this information to identify the case:**

Debtor name **F&O Houston LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) ________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 3, 2020**

X **/s/ Alexis Blair**
Signature of individual signing on behalf of debtor

**Alexis Blair**
Printed name

**CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | F&O Houston LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alsco TX<br>2030 Kipling Street<br>Houston, TX 77098 | | | | | | $5,853.45 |
| AMBIUS<br>PO Box 14086<br>Reading, PA 19612 | | | | | | $1,396.06 |
| Buckhead Meat & Seafood<br>Dept. 33<br>PO Box 670445<br>Houston, TX 77267 | | | | | | $1,582.71 |
| BV CRE Services<br>14905 Southwest Freeway<br>Sugar Land, TX 77478 | | | | | | $13,879.35 |
| Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101 | | | | | | $1,575.94 |
| Dartagnan Inc.<br>PO Box 447<br>Union, NJ 07083 | | | | | | $2,619.59 |
| Digital Marketing Box US Inc.<br>9205 W. Russell Rd<br>Las Vegas, NV 89148 | | | | | | $523.09 |
| Ecolab - TX<br>PO Box 70343<br>Chicago, IL 60673 | | | | | | $1,110.86 |
| Ecolab Pest Elimination<br>26252 Network Pl<br>Chicago, IL 60673 | | | | | | $371.87 |
| Firetron<br>PO Box 1604<br>Houston, TX 77255 | | | | | | $1,333.47 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **F&O Houston LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Halpern's Steak & Seafood PO Box 116421 Atlanta, GA 30368 | | | | | | $3,064.53 |
| HG Galleria LLC 2088 Payshere Cir. Chicago, IL 60674 | | Rent | Unliquidated Disputed | | | $161,775.84 |
| Millpress Imports, LLC 2146 City Line Road Bethlehem, PA 18017 | | | | | | $1,362.45 |
| NUCO2 LLC PO Box 9011 Stuart, FL 34995 | | | | | | $414.24 |
| Provent Solutions PO Box 55833 Houston, TX 77055 | | | | | | $1,393.35 |
| Schindler Elevator Corp. 2105 Silber Rd. #100 Houston, TX 77055 | | | | | | $7,188.88 |
| Schoenmann Produce 6950 Neuhaus Street Houston, TX 77061 | | | | | | $3,591.96 |
| Sysco Houston 10710 Greens Crossing Blvd Houston, TX 77038 | | | | | | $2,460.58 |
| Texas Food Distributors LLC PO Box 801 Bellaire, TX 77402 | | | | | | $1,143.63 |
| Zero Point Organics 12337 Jones Rd Houston, TX 77070 | | | | | | $506.49 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re **F&O Houston LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **F&O Houston Holdco LLC** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 3, 2020**

Signature **/s/ Alexis Blair**
**Alexis Blair**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re **F&O Houston LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **F&O Houston LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**F&O Houston Holdco LLC**

☐ None [*Check if applicable*]

**July 3, 2020**
Date

**/s/ Robert L. Rattet**
**Robert L. Rattet**
Signature of Attorney or Litigant
Counsel for **F&O Houston LLC**

**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**
**rlr@dhclegal.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

FIG & OLIVE | *Luxury Dining Group*

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION F&O HOUSTON LLC**

I, **Alexis Blair** declare under penalty of perjury that I am the **CEO** of **F&O Houston LLC** and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company at a special meeting duly called and held on the 2 day of **July**, 2020.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexis Blair, CEO** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Alexis Blair, CEO** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Alexis Blair**, **CEO** of this Company is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the Company in such bankruptcy case."

Date 7/2/20 Signed [signature]

**United States Bankruptcy Court**
**Southern District of New York**

In re **F&O Houston LLC** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 3, 2020**

**/s/ Alexis Blair**
**Alexis Blair/CEO**
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

A-B Gas Company
1900 Silber Rd
Houston, TX 77055

[redacted column header]
PO Box 4[...]
Union, NJ 07083

[...] Galleria LLC
2088 Payshere Cir.
Chicago, IL 60674

Alsco TX
2030 Kipling Street
Houston, TX 77098

Digital Marketing Box US Inc.
9205 W. Russell Rd
Las Vegas, NV 89148

Internal Revenue Service
Centralized Insolvency O
PO BOX 7346
Philadelphia, PA 19101-7

AMBIUS
PO Box 14086
Reading, PA 19612

Ecolab
PO Box 32027
New York, NY 10087

Millpress Imports, LLC
2146 City Line Road
Bethlehem, PA 18017

Buckhead Meat & Seafood
Dept. 33
PO Box 670445
Houston, TX 77267

Ecolab - TX
PO Box 70343
Chicago, IL 60673

NUCO2 LLC
PO Box 9011
Stuart, FL 34995

BV Cleaning Services

Ecolab Pest Elimination
26252 Network Pl
Chicago, IL 60673

Office of the U.S. Trust
201 Varick Street, Room 1
New York, NY 10014

BV CRE Services
14905 Southwest Freeway
Sugar Land, TX 77478

Edward Don & Company
9801 Adam Don Pkwy
Woodridge, IL 60517

Popston
14206 Wickersham Lane
Houston, TX 77077

Cake & Bacon
5233 Bellaire Blvd #604
Bellaire, TX 77401

Euro-Mid Inc.
PO Box 550289
Houston, TX 77255

Provent Solutions
PO Box 55833
Houston, TX 77055

Centerpoint Energy
PO Box 4981
Houston, TX 77210

Firetron
PO Box 1604
Houston, TX 77255

Schindler Elevator Corp.
2105 Silber Rd. #100
Houston, TX 77055

Comcast Business
PO Box 37601
Philadelphia, PA 19101

Halpern's Steak & Seafood
PO Box 116421
Atlanta, GA 30368

Schoenmann Produce
6950 Neuhaus Street
Houston, TX 77061

CT Corp As Representative
330 N. Brand Blvd.
Suite 700
Attn: SPRS
Glendale, CA 91203

Harris County Tax Assessor-Collector
P.O. Box 4663
Houston, TX 77210-4089

Select Knife Sharpening
215 West Bandera Rd
Boerne, TX 78006

Sysco Houston
10710 Greens Crossing Blvd
Houston, TX 77038


Texas Comptroller of Public Accounts
P.O. Box 13528
Capitol Station
Austin, TX 78711-3528


Texas Food Distributors LLC
PO Box 801
Bellaire, TX 77402


The Chefs Warehouse Midwest LLC
26576 Network Place
Chicago, IL 60673


UL LLC, Everclean
32097 Collection Dr.
Chicago, IL 60693-0097


Zero Point Organics
12337 Jones Rd
Houston, TX 77070